CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 22 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 7:98-cr-00007 |
| | Civil Action No. 7:08-cv-00241 |
| v. | **2255 FINAL ORDER** |
| DEDRIC LEE WILEY. | By: Hon. Jackson L. Kiser |
| | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that this civil action, conditionally filed pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to petitioner.

ENTER: This 22rd day of April, 2008.

Senior United States District Judge