CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for RMU

JAN 07 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:98-cr-00007 |
| v. | § 2255 ORDER |
| DEDRIC LEE WILEY, Petitioner. | By: Hon. Jackson L. Kiser Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's motion (no. 36) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; petitioner's § 2255 action is **DISMISSED without prejudice** as a successive § 2255 motion; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 7th day of January, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge