CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 27 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:98-cr-00007 |
| v. | § 2255 ORDER |
| DEDRIC LEE WILEY,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's motion (no. 39) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; petitioner's § 2255 action is **DISMISSED without prejudice** as a successive; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the United States.

ENTER: This 27th day of June, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge